1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. MONTANA, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>KIM MOSES, HERITAGE AUCTION, INC., and DOES 1 through 25 inclusive,<br><br>Defendants. | CASE NO. C08 02324 BZ<br><br>[PROPOSED] ORDER RE STIPULATION EXTENDING TIME OF DEFENDANT HERITAGE AUCTION, INC<br><br>[*Proposed Order Filed Concurrently Herewith*] |

The Court, having considered the parties' Stipulation Extending Time of Defendant Heritage Auction, Inc. To File A Responsive Pleading, the complete files and records of this action, and good cause appearing therefor:

/ / /

/ / /

/ / /

-1-

IT IS HEREBY ORDERED that:

1. Heritage Auction, Inc. ("Heritage Auction") shall have up to and including June 30, 2008, in which to respond to the Complaint.

DATED: _June 4, 2008_  _____
The Hon. Bernard Zimmerman
United States District Court Judge



-2-

[PROPOSED] ORDER RE STIPULATION EXTENDING TIME
OF DEFENDANT HERITAGE AUCTION, INC.