1  DREIER STEIN KAHAN
2  BROWNE WOODS GEORGE LLP
   Stanton L. Stein (No. 101235) (admission pending)
3  lstein@dreierstein.com
4  Jonathan E. Stern (No. 222192)
   jstern@dreierstein.com
5  The Water Garden
6  1620 26th Street, Sixth, North Tower
   Santa Monica, CA 90404
7  Telephone:  310-828-9050
8  Facsimile:   310-828-9101

9  Attorneys for Defendant
10 HERITAGE AUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. MONTANA, JR., | CASE NO. C08 02324 BZ |
| Plaintiff, | **CONSENT TO JURISDICTION** |
| vs. | |
| KIM MOSES, HERITAGE AUCTION, INC., and DOES 1 through 25 inclusive, | |
| Defendants. | |

966189_1.DOC

CONSENT TO JURISDICTION

DREIER STEIN KAHAN BRROWNE WOODS GEORGE LLP

1  Pursuant to paragraph 1 of Magistrate Judge Zimmerman's Standing
2  Order, defendant Heritage Auction, Inc. ("Heritage") consents to Magistrate Judge
3  Zimmerman's jurisdiction insofar as Heritage does not request reassignment of this
4  matter to a district judge.  Such consent is without waiver of any of Heritage's
5  claims or defenses.

7  Dated:  June 3, 2008

DREIER STEIN KAHAN BROWNE WOODS GEORGE LLP

By /s/ *signature*
JONATHAN E. STERN
Attorneys for Defendant
HERITAGE AUCTION, INC.