DREIER STEIN KAHAN
   BROWNE WOODS GEORGE LLP
Stanton L. Stein (No. 45997) (admission pending)
*lstein@dreierstein.com*
Jonathan E. Stern (No. 222192)
*jstern@dreierstein.com*
The Water Garden
1620 26th Street
Sixth Floor, North Tower
Santa Monica, CA 90404
Telephone: 310.828.9050
Facsimile: 310.828.9101

Attorneys for Defendants
KIM MOSES and HERITAGE AUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. MONTANA, JR.,<br><br>        Plaintiff,<br><br>     vs.<br><br>KIM MOSES, HERITAGE AUCTION, INC., and DOES 1 through 25 inclusive,<br><br>       Defendants. | CASE NO. C08 02324 BZ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Defendants' Motion to Dismiss; [Proposed] Order; Disclosure Statement Pursuant to Rule 7.1 filed concurrently herewith)<br><br>Date:      August 13, 2008<br>Time:     10:00 a.m.<br>Judge:   Hon. Bernard Zimmerman |

        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

       1. Joseph C. Montana, Jr. (plaintiff);

       2. Kim Moses (defendant);

       3. Heritage Auction, Inc. (defendant);

///

- 1 -

1          4.  Heritage Vintage Sports Auctions, Inc. (the entity that conducted the auction

2   that constitutes the subject matter of plaintiff's Complaint).

3

4   DATED: June 3o, 2008                    DREIER STEIN KAHAN BROWNE WOODS GEORGE
                                            LLP
5

6                                           By _____

7                                              JONATHAN E. STERN
                                               Attorneys for Defendants
8                                              KIM MOSES and HERITAGE AUCTION, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

DREIER STEIN KAHAN
BROWNE WOODS GEORGE LLP

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Dreier Stein Kahan Browne Woods George LLP, The Water Garden, 1620 26th Street, 6th Floor, North Tower, Santa Monica, California 90404. On June 30, 2008, I served a true copy of the within documents:

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

☐    by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, _____.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Robert L. Mezzetti, II, Esq.
Mezzetti Law Firm, Inc.
31 East Jullan Street
San Jose, California 95112
Tel. No.: (408) 279-8400
Fax No.: (408) 279-8448
Email: rob@mezzettilaw.com

Attorneys for Plaintiff
JOSEPH C. MONTANA, JR.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 30, 2008, at Santa Monica, California.



_____
Maria G. Garcia

DREIER STEIN KAHAN
BROWNE WOODS GEORGE LLP