| | |
|---|---|
| 1 | DREIER STEIN KAHAN |
| |    BROWNE WOODS GEORGE LLP |
| 2 | Stanton L. Stein (No. 45997) (admission pending) |
| | *lstein@dreierstein.com* |
| 3 | Jonathan E. Stern (No. 222192) |
| | *jstern@dreierstein.com* |
| 4 | The Water Garden |
| | 1620 26th Street |
| 5 | Sixth Floor, North Tower |
| | Santa Monica, CA 90404 |
| 6 | Telephone: 310.828.9050 |
| | Facsimile: 310.828.9101 |
| 7 | |
| 8 | Attorneys for Defendants |
| | KIM MOSES and HERITAGE AUCTION, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. MONTANA, JR.,<br><br>            Plaintiff,<br><br>vs.<br><br>KIM MOSES, HERITAGE AUCTION, INC., and DOES 1 through 25 inclusive,<br><br>            Defendants. | CASE NO. C08 02324 BZ<br><br>**DEFENDANT HERITAGE AUCTION, INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>(Defendants' Motion to Dismiss; [Proposed] Order; Certification of Interested Parties; filed concurrently herewith)<br><br>Date:        August 13, 2008<br>Time:       10:00 a.m.<br>Judge:      Hon. Bernard Zimmerman |

Defendant Heritage Auctions, Inc. ("Heritage") hereby submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Heritage is a wholly owned subsidiary of Heritage Capital Corporation. There is no publicly held corporation that owns ten percent (10%) or more of its stock.

DATED: June 30, 2008

DREIER STEIN KAHAN BROWNE WOODS GEORGE LLP

By_____
JONATHAN E. STERN
Attorneys for Defendants
KIM MOSES and HERITAGE AUCTION, INC.

-1-   DEFENDANT HERITAGE'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Dreier Stein Kahan Browne Woods George LLP, The Water Garden, 1620 26th Street, 6th Floor, North Tower, Santa Monica, California 90404. On June 30, 2008, I served a true copy of the within documents:

**DEFENDANT HERITAGE AUCTION, INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, _____.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Robert L. Mezzetti, II, Esq.
Mezzetti Law Firm, Inc.
31 East Jullan Street
San Jose, California 95112
Tel. No.: (408) 279-8400
Fax No.: (408) 279-8448
Email: rob@mezzettilaw.com

Attorneys for Plaintiff
JOSEPH C. MONTANA, JR.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 30, 2008, at Santa Monica, California.

_____
Maria G. Garcia