# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

July 9, 2008

To:   **Robert Louis Mezzetti, II**

   **Caitlin Gregory Whitwell**

   Mezzeti Law Firm Inc
   31 East Julian Street
   San Jose, CA 95112


   Re: Joseph C. Montana, Jr. v. Kim Moses, et al.


Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for August 13, 2008 at 10:00a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.


   Sincerely,

   Richard W. Wieking, Clerk
   United States District Court

   /s/ *Simone Voltz*
   _____
   By:   Simone Voltz
   Courtroom Deputy

N:\08-2324 BZ Consent Letter.wpd