1     DREIER STEIN KAHAN
2     BROWNE WOODS GEORGE LLP
      Stanton L. Stein (No. 101235) (admission pending)
3     *lstein@dreierstein.com*
4     Jonathan E. Stern (No. 222192)
      *jstern@dreierstein.com*
5     The Water Garden
6     1620 26th Street, Sixth, North Tower
      Santa Monica, CA 90404
7     Telephone:  310-828-9050
8     Facsimile:  310-828-9101

9     Attorneys for Defendants
10    KIM MOSES and HERITAGE AUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. MONTANA, JR., | CASE NO.  C08 02324 BZ |
|       Plaintiff, | **CONSENT TO JURISDICTION** |
|    vs. | |
| KIM MOSES, HERITAGE AUCTION, INC., and DOES 1 through 25 inclusive, | |
|       Defendants. | |

DREIER STEIN
KAHAN
BRROWNE
WOODS
GEORGE LLP

CONSENT TO JURISDICTION

1    Pursuant to paragraph 1 of Magistrate Judge Zimmerman's Standing

2   Order, defendant Kim Moses ("Moses") consents to Magistrate Judge

3   Zimmerman's jurisdiction insofar as Moses does not request reassignment of this

4   matter to a district judge.  Such consent is without waiver of any of Moses'

5   claims or defenses.

6

7   Dated:  July 15, 2008          DREIER STEIN KAHAN BROWNE WOODS
                                    GEORGE LLP
8

9                                  By _____
10                                     JONATHAN E. STERN
                                       Attorneys for Defendants
11                                     KIM MOSES and HERITAGE AUCTION,
                                       INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

CONSENT TO JURISDICTION