UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. MONTANA, JR.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>KIM MOSES, HERITAGE AUCTION, INC., and DOES 1 THROUGH 25, INCLUSIVE,<br><br>    Defendant(s). | No. C08-2324 BZ<br><br>**ORDER RE OVERDUE OPPOSITION PAPERS** |

Defendants have filed a motion to dismiss scheduled to be heard on **August 13, 2008**. Your opposition was due yesterday **July 23, 2008.** If your opposition is not filed by **4:00 p.m.** today, **July 24, 2008** the court will deem the motion unopposed and may **GRANT** the motion on that ground alone. See Local Rule 7-3.

Dated:  July 24, 2008

                                            Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\MONTANA V. MOSES\ORDER RE OVERDUE OPPOSITION PAPERS.wpd

1