```
ROBERT L. MEZZETTI II, 114282
CAITLIN G. WHITWELL, 238013
MEZZETTI LAW FIRM, INC.
31 East Julian Street
San Jose, California 95112
(408) 279-8400

Attorneys for Plaintiff
JOSEPH C. MONTANA JR.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH C. MONTANA, JR.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KIM MOSES, HERITAGE AUCTION, INC., and DOES 1 through 25 inclusive,<br><br>　　　　Defendants. | Case No.  C 08 02324 BZ<br><br>REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE |

TO THE CLERK OF THE COURT:

　　　Plaintiff requests that this matter be dismissed, in it's entirety, without prejudice.

DATED:　　July 30, 2008　　　　　　　　　　MEZZETTI LAW FIRM, INC.

　　　　　　　　　　　　　　　　　　　　　　BY_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT L. MEZZETTI II

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman

DATED: 8/12/2008

1